UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARILU F. TOUMA,<br><br>        Plaintiff,<br><br>    v.<br><br>The General Counsel of the Regents, Dr. Veena Ranganath, Dr. Roy Altman, Dr. Emily Huang, Dr. David Feinberg, City of Los Angeles, Los Angeles County, Melissa Ginsburg, Mike Unknown Name, Nickolas Baca, Michael Weingrow, Barner Goodwin, Bristol-Myers Squibb, and Does 1-10,<br><br>        Defendants. | Case No. SA CV 17-01132-VBF-KS<br><br>**ORDER**<br>Overruling Petitioner's Objections;<br>Adopting the Report & Recommendation;<br>Dismissing Second Amended Complaint;<br><br>Dismissing the Action With Prejudice;<br>Directing Entry of Final Judgment;<br>Terminating and Closing Action (JS-6) |

      This is a civil-rights action brought by a non-incarcerated party proceeding pro se. The Court has reviewed the Second Amended Complaint, the Magistrate Judge's April 5, 2018 Report & Recommendation ("R&R"), plaintiff Touma's April 26, 2018 objections, and the applicable law. "As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R." *Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016).

"The Court finds discussion of [the] objections to be unnecessary on this record. The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require the district judge to provide a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. Attorney General*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (quoting *US v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir. 2016) (per curiam) ("The district court complied with this requirement. Accordingly, we find no procedural error in the district court's decision not to address specifically Walterspiel's objections.")). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement her recommendations.

## ORDER

Plaintiff Touma's objection **[Doc # 33] is OVERRULED.**

The Report and Recommendation **[Doc # 22] is ADOPTED.**

The Second Amended Complaint **[Doc # 29] is DISMISSED** without leave to amend.

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: July 6, 2018

                                                        Hon. Valerie Baker Fairbank
                                                        Senior United States District Judge