JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARILU F. TOUMA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>The General Counsel of the Regents,<br>Dr. Veena Ranganath, Dr. Roy Altman,<br>Dr. Emily Huang, Dr. David Feinberg,<br>City of Los Angeles, Los Angeles County,<br>Melissa Ginsburg, Mike Unknown Last Name,<br>Nickolas Baca, Michael Weingrow,<br>Barner Goodwin, Bristol-Myers Squibb,<br>and Does 1-10,<br><br>　　　　　Defendants. | SA CV 17-01132-VBF-KS<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Marilu F. Touma.** IT IS SO ADJUDGED.

Dated: July 6, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge